# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIA GROUP PARTNERS, LLC, a Utah limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK CLARK, an individual, CHRISTINE BARANOWSKI, an individual, STEPHEN LEE, an individual, and ENCORE LEADERSHIP, LLC,<br><br>　　　　Defendants. | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Case No. 2:21-cv-00694<br><br>Judge Tena Campbell |

　　　　Before the court is the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  The court, having been fully advised, and finding good cause, ORDERS that Defendants are granted an extension of time up to and including December 10, 2021, to file their answer, plead or otherwise respond to Plaintiff's complaint.

　　　　DATED this 29th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　　　　United States District Judge