Andrew W. Stavros (8615)
Austin B. Egan (13203)
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: (801) 758-7604
Fax: (801) 893-3573
andy@stavroslaw.com
austin@stavroslaw.com

*Attorneys for Defendants*

| IN THE UNITED STATES DISTRICT COURT | |
|---|---|
| FOR THE DISTRICT OF UTAH, CENTRAL DIVISION | |
| VIA GROUP PARTNERS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE BARANOWSKI, an individual, FRANK CLARK, an individual, STEPHEN LEE, an individual, and ENCORE LEADERSHIP, LLC, a Utah limited liability company,<br><br>Defendants. | **DECLARATION OF CHRISTINE BARANOWSKI**<br><br>Case No.: 2:21-cv-00694-TC<br><br>Judge Tena Campbell |

I, Christine Baranowski, declare as follows:

1. My name is Christine Baranowski, and I am a named defendant in this action.

2. I am over the age of eighteen years and competent to testify to the matters set forth in this declaration.

3. I have personal knowledge of the facts attested to in this declaration.

4. I am a resident and citizen of the state of Oregon.

5. I have never resided in Utah.

6. I have never conducted business in Utah.

7. I have never owned real or personal property located in the state of Utah.



8. I have never opened, maintained or held a bank account in Utah.

9. I have not traveled to Utah for business or recreational purposes.

10. I worked for the Plaintiff, Via Group Partners, LLC, from approximately August 2020 until September 2021.

11. During such time, I worked out of my home in Oregon.

12. While I worked for Plaintiff, I never traveled to Utah for business.

13. While I worked for Plaintiff, I did not perform any work or services for any customers located in Utah, or direct any of my activities towards companies or businesses located in Utah.

14. While I worked for Plaintiff, I did not meet with any prospective customers or customers in Utah.

15. I did not utilize the internet, websites, social media or any other services to purposeful direct solicitations and/or inquires to individuals in Utah during the time I worked for Plaintiff.

16. My activities in working for Plaintiff did not have any connection to Utah.

I hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

DATED this  22  day of December 2021.

*Christine Baranowski*

Christine Baranowski
Page 4 of 4